Petition for Reinstatement from Inactive Status.

No. 56 DB 2002.

Supreme Court of Pennsylvania.

Oct. 17, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of October, 2002, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated September 18, 2002, are approved and IT IS ORDERED that GEORGE WESLEY KUEHNLE, JR., who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

In the Matter of James T. RANNEY.

Petition for Reinstatement from Inactive Status.

No. 129 DB 2001.

Supreme Court of Pennsylvania.

Oct. 17, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of October, 2002, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated September 18, 2002, are approved and IT IS ORDERED that JAMES T. RANNEY, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

In the Matter of William L. AUTMAN, Jr.

No. 768 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Oct. 18, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 18th day of October, 2002, William L. Autman, Jr., having been

suspended from the practice of law in the State of Delaware for a period of three years by Order of the Supreme Court of the State of Delaware dated June 3, 2002; the said William L. Autman, Jr., having been directed on August 8, 2002, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that William L. Autman, Jr., is suspended from the practice of law in this Commonwealth for a period of three years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.